■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAMZA ATTAWWAB, Appellant. [757 NYS2d 485] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered October 5, 2000, convicting him of murder in the second degree (two counts) and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, he failed to lay a proper foundation for the admission of either a redacted version of his medical records or the entire file (*see People v Hopson,* 182 AD2d 441 [1992]; *cf. People v Sanchez,* 293 AD2d 499 [2002]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80, 93 [1982]). Altman, J.P., Florio, Friedmann and H. Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN CHESTNUT, Appellant. [757 NYS2d 753] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 2, 1990 (*People v Chestnut,* 160 AD2d 717 [1990]), affirming a judgment of the Supreme Court, Kings County, rendered January 6, 1987.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Prudenti, P.J., Ritter, Santucci and Altman, JJ., concur.